## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:22-CV-00644-VSB                                  Date Filed: _____

**Plaintiff:**
**Bruce E. Katz, M.D., P.C., d/b/a Juva Skin and Laser,**

vs.

**Defendant:**
**Curis Pharmacy, LLC,**

For:
Patrick H. Peluso
Woodrow & Peluso, Llc
3900 E Mexico Avenue
Suite 300
Denver, CO 80210

Received by Sandra M. Quinones on the 31st day of January, 2022 at 3:58 pm to be served on **Curis Pharmacy, Llc C/o registered agent: NRAI Services, Inc., 1200 South Pine Island Road, Plantation, FL 33324**.

I, Sandra M. Quinones, being duly sworn, depose and say that on the **1st day of February, 2022** at **2:10 pm, I:**

**Served** the LIMITED LIABILITY COMPANY by delivering a true copy of the **21-Day Summons & Class Action Complaint Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Monica Creary** as **Intake Specialist** of CT Corporation System on behalf of NRAI Services, Inc. who is the **Registered Agent** of the within named LIMITED LIABILITY COMPANY at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informing said person of the contents of the matter thereof in compliance with state statutes 48.062.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 130, Hair: Black, Glasses: N

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: 2/14/22.

Subscribed and Sworn to before me on the 14 day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Sandra M. Quinones
Special Process Server #394

L.R.I. (Process Service & Litigation Support)
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2022000753

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t