UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                 :

BRUCE E. KATZ,                         :

                         Plaintiff,      :

                                   :          22-CV-644 (VSB)

                 -against-          :

                                   :              **ORDER**

CURIS PHARMACY, LLC,        :

                                   :

                       Defendant.   :

                                   :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on January 25, 2022, (Doc. 1), and filed an affidavit of service

on February 16, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint

was February 22, 2022.  (*See id*.)  To date, Defendant has not appeared or responded to the

complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than March 9, 2022.  If

Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     February 23, 2022
             New York, New York

                                   _____
                                   VERNON S. BRODERICK
                                   United States District Judge