UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                      :

BRUCE E. KATZ,                                       :

                     Plaintiff,     :

                                                      :

            -against-                           :          22-cv-0644 (VSB)

                                                      :

CURIS PHARMACY, LLC,              :          **ORDER**

                                                      :

                     Defendant.  :

                                                      :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of the Clerk's Certificate of Default as to Defendant Curis Pharmacy, LLC dated March 10, 2022. (Doc. 13.) Plaintiff failed to file an Order to Show Cause and the supporting materials pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases. It is hereby:

       ORDERED that, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, Plaintiff is directed to file an Order to Show Cause and the supporting materials on or before March 21, 2022. Failure to do so will result in dismissal of the claims against the defaulting Defendants pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  March 14, 2022
          New York, New York

                                                                _____
                                                                 Vernon S. Broderick
                                                                 United States District Judge