UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
BRUCE E. KATZ, :
                Plaintiff, :
:
       -against- : 22-cv-0644 (VSB)
:
CURIS PHARMACY, LLC, : **ORDER**
:
                Defendant. :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On March 14, 2022, I issued an order, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, for Plaintiff to file an Order to Show Cause and the supporting materials on or before March 21, 2022. Plaintiff has failed to do so. It is hereby:

        ORDERED that, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, Plaintiff is directed to file an Order to Show Cause and the supporting materials on or before April 4, 2022. Plaintiff is warned for the final time that failure to do so will result in dismissal of the claims against the defaulting Defendants pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 29, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge