UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE E. KATZ,<br><br>       Plaintiff(s),<br><br>    v.<br><br>CURIS PHARMACY, LLC,<br><br>       Defendant(s). | 22-CV-644 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

 An order issued November 1, 2023, directed Plaintiff to file a status letter no later than November 10, 2023. No such letter was filed.

 It is hereby **ORDERED** that Plaintiff shall file the required letter as soon as possible and no later than **November 14, 2023.**

 SO ORDERED.

Dated: November 13, 2023
   New York, New York

                    DALE E. HO
                United States District Judge