UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE E. KATZ, <br><br>                            Plaintiff(s), <br><br> v. <br><br> CURIS PHARMACY, LLC, <br><br>                            Defendant(s). | 22-CV-644 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

An order issued November 1, 2023, directed Plaintiff to file a status letter no later than November 10, 2023. Plaintiff did not do so. An order issued November 13, 2023, directed Plaintiff to file the required status letter no later than November 14, 2023. Plaintiff did not do so.

It is hereby **ORDERED** that Plaintiff shall file the required letter as soon as possible and no later than **November 17, 2023.** Plaintiff is apprised that failure to comply with Court orders may result in dismissal for failure to prosecute.

SO ORDERED.

Dated: November 15, 2023
       New York, New York

_____
DALE E. HO
United States District Judge